IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINCENT E. COFIELD,** | Case No. 2:13-cv-2032 TLN DAD P |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER** |
| **MAYDOLE, et al.,** | |
| Defendants. | |

GOOD CAUSE APPEARING, Defendants Maydole and Lopez's motion to modify the Discovery and Scheduling Order is granted.

The parties may conduct discovery until December 31, 2014.  Any motions necessary to compel discovery shall be filed by that date.

The deadline for filing pretrial motions, except motions to compel discovery, shall remain February 27, 2015.

Dated:  November 21, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.civilrights
Cofi2032.prop.eot.ddl

1

[Proposed] Order (2:13-cv-2032 TLN DAD (PC))