IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINCENT E. COFIELD,** | Case No. 2:13-cv-2032 TLN DAD (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **MAYDOLE, et al.,** | |
| Defendants. | |

GOOD CAUSE APPEARING, the second motion to modify the Discovery and Scheduling Order brought on behalf of defendants Maydole and Lopez is granted.

The parties may conduct discovery until March 31, 2015. Any motions necessary to compel discovery shall be filed by that date.

All pretrial motions, except motions to compel discovery, shall be filed on or before April 28, 2015.

Dated:  January 5, 2015

DAD:10
cofi2032.prop.eot.ddl.second

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:13-cv-2032 TLN DAD (PC))