UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT E. COFIELD, | No. 2:13-cv-2032 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| MAYDOLE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On March 14, 2016, the then-assigned magistrate judge filed findings and recommendations recommending that Defendants' April 27, 2015, motion for summary judgment for failure to exhaust administrative remedies be granted. When Plaintiff failed to file timely objections, the findings and recommendations were adopted in full and this action was dismissed. Judgment was entered accordingly. Following the entry of judgment, Plaintiff filed a motion for extension of time to file his objections. On review, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to reopen this case;

2. Plaintiff's motion for extension of time (ECF No. 35) is GRANTED; and

/ / /

/ / /

1

3. Plaintiff shall file objections within twenty-one days from the date of this Order.

Dated: October 21, 2016

Troy L. Nunley
United States District Judge

2