UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT E. COFIELD, | No. 2:13-cv-2032 TLN DB |
| Plaintiff, | |
| v. | ORDER |
| MAYDOLE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 14, 2016, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 32.) Plaintiff did not timely file objections to the findings and recommendations and the Court adopted them in full. (ECF No. 33.) After judgment was entered for Defendants, Plaintiff requested an extension of time to file objections. The Court granted that motion and reopened the case to allow Plaintiff to file objections. (ECF No. 39.) Plaintiff has now filed objections to the findings and recommendations. (ECF No. 42.)

////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 14, 2016, (ECF No. 32), are adopted in full;
2. Defendants' motion for summary judgment (ECF No. 25) is granted;
3. This action is dismissed for Plaintiff's failure to exhaust administrative remedies; and
4. The Clerk of Court is directed to close this case.

Dated: January 4, 2017

Troy L. Nunley
United States District Judge